JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br>Plaintiff,<br>v.<br>EDU SILVA MOREIRA *et al.*,<br>Defendants. | Case No. 2:25-cv-09607-CBM-KS<br><br>**JUDGMENT** |

Consistent with the Court's Order re: Plaintiff's Application for Default Judgment and Plaintiff's Motion to Dismiss Counts I, II and IV of Plaintiff's Complaint, judgment is hereby entered in favor of Plaintiff Innovative Sports Management, Inc., d.b.a. Integrated Sports Media, and against Defendant Edu Silva Moreira a/k/a Edu Moreira, individually and d/b/a Esquina Brasil, and Esquina Brasileira LLC, an unknown business entity d/b/a Esquina Brasil, in the amount of $750.00.

DATED: July 14, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE